UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALDO G. VELASQUEZ, | ) | 1:05-CV-0887 OWW SMS P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF |
| | ) | TIME  NUNC PRO TUNC |
| v. | ) | |
| | ) | (DOCUMENT #13) |
| CALIFORNIA SUBSTANCE ABSUE | ) | |
| AND TREATMENT FACILITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On December 22, 2006, plaintiff filed a motion to extend time to file a Second Amended Complaint.  On January 22, 2007, Plaintiff submitted the Second Amended Complaint.  Accordingly, the Request for an Extension of time to file the Second Amended Complaint is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:   January 29, 2007**         **/s/ Sandra M. Snyder**
b6edp0                                 UNITED STATES MAGISTRATE JUDGE