IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDO G. VELASQUEZ, | 1:05-cv-00887 LJO-SMS (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE THIRD AMENDED COMPLAINT |
| vs. | |
| CALIFORNIA SUBSTANCE ABUSE AND TREATMENT FACILITY, et al., | (DOCUMENT #20) |
| | THIRTY DAY DEADLINE |
| Defendants. / | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 17, 2008, plaintiff filed a motion to extend time to file his third amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his third amended complaint, pursuant to the court's order of October 15, 2008.

IT IS SO ORDERED.

**Dated:   November 20, 2008**           /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE