IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDO G. VELASQUEZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>CALIFORNIA SUBSTANCE ABUSE<br>AND TREATMENT FACILITY, et al.,<br><br>          Defendants.<br>_____/ | 1:05-cv-00887-LJO-SMS (PC)<br><br>ORDER GRANTING PLAINTIFF'S<br>SECOND MOTION TO EXTEND TIME TO<br>FILE A THIRD AMENDED COMPLAINT<br><br>(DOCUMENT #22)<br><br>THIRTY-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 29, 2008, plaintiff filed a motion to extend time to file a third amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his third amended complaint, pursuant to the court's order of October 15, 2008.

IT IS SO ORDERED.

**Dated:    January 8, 2009**                     /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE